IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KONATE SAME,**

Petitioner,

v.  Civil Action No. **3:17CV77**

**JEFFREY CRAWFORD,** *et al.*,

Respondents.

## MEMORANDUM OPINION

By Memorandum Order entered on February 14, 2017, the Court filed Petitioner's 28 U.S.C. § 2241 Petition. At that time, the Court warned Petitioner that he must keep the Court informed as to his current address. On September 29, 2017, the United States Postal Service returned the Report and Recommendation entered on September 15, 2017 to the Court marked, "RETURN TO SENDER," because Petitioner had moved. Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ M. Hannah Lauck
United States District Judge

Date: OCT 25 2017
Richmond, Virginia